# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MOZELLA SALEEM,

       Plaintiff,

                                  Case No. 08-14894

v.                                         Hon. Gerald E. Rosen

                                  Magistrate Judge R. Steven Whalen

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

                At a session of said Court, held in
              the U.S. Courthouse, Detroit, Michigan
              on        January 29, 2010

              PRESENT:  Honorable Gerald E. Rosen
                                  Chief Judge, United States District Court

      On November 4, 2009, Magistrate Judge R. Steven Whalen issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for remand, and that this case be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). No objections have been filed to the R & R. Upon reviewing the R & R, Plaintiff's motion for summary judgment, Defendant's motion for remand, and the record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's November 4, 2009 Report and Recommendation is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's June 25, 2009 motion for remand (docket #20) is GRANTED.

                s/Gerald E. Rosen
                Chief Judge, United States District Court

Dated:  January 29, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on      January 29, 2010      , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:                    Vanessa M. Mays                              , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:
     Mozella Saleem, 14849 Lesure, Detroit, MI 48227         .

                s/Ruth A. Brissaud
                Ruth A. Brissaud, Case Manager
                (313) 234-5137